**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMUNITY CARE FOUNDATION,          :
                                    :
       Plaintiff,                  :
                                    :
  v.                                : Civil Action No. 04-1153 (JR)
                                    :
TOMMY THOMPSON, Secretary, U.S.     :
Department of Health and Human      :
Services,                           :
                                    :
       Defendant.                  :

### ORDER

For the reasons set forth in the accompanying memorandum, plaintiff's motion for partial summary judgment [Dkt. #11] is **denied**; and defendant's motion for summary judgment [Dkt. #15] is **granted**.


                                          JAMES ROBERTSON
                              United States District Judge